IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRITTNEY TUCKER,<br><br>　Plaintiff,<br><br>v.<br><br>SAFE GUARD PRODUCTS INTERNATIONAL, LLC,<br><br>　Defendant. | Civil Action No.<br><br>1:21-cv-00180-MHC-AJB<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brittney Tucker and Defendant Safe Guard Products International, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 12th day of July, 2021.

| **BARRETT & FARAHANY** | **FISHER & PHILLIPS LLP** |
|---|---|
| s/ *Adian Miller* | s/ *Corey Goerdt* |
| Adian Miller | Corey Goerdt |
| Georgia Bar No. 794647 | Georgia Bar No. 437210 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 1100 Peachtree Street, Suite 500 | 1075 Peachtree Street, NE |
| Atlanta, Georgia 30309 | Suite 3500 |
| (404) 214-0120 | Atlanta GA, 30309 |
| adian@justiceatwork.com | cgoerdt@fisherphillips.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRITTNEY TUCKER, | Civil Action No. |
| Plaintiff, | 1:21-cv-00180-MHC-AJB |
| v. | JURY TRIAL DEMANDED |
| SAFE GUARD PRODUCTS INTERNATIONAL, LLC, | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David Kresser
dkresser@fisherphillips.com
Corey Goerdt
cgoerdt@fisherphillips.com

Respectfully submitted this 12th day of July, 2021.

**BARRETT & FARAHANY**

s/ *Adian Miller*
Adian Miller
Georgia Bar No. 794647

3